IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID RODERICK FLOOD,

       Plaintiff,                No. CIV S-08-0091 GEB JFM PS

   vs.

NATIONAL FOOTBALL LEAGUE,
et al.,

       Defendants.        <u>ORDER</u>

_____/

       Plaintiff is proceeding pro se.  Plaintiff has filed an in forma pauperis affidavit in which he states that he is presently employed and that his net monthly earnings are $1,908.00. Plaintiff lists no dependents, but states he owes 18 creditors between $8,000.00 and $10,000.00 and that Bank of America holds a $1,000.00 judgment against him.

       Pursuant to federal statute, a filing fee of $350.00 is required to commence a civil action in federal district court.  28 U.S.C. § 1914(a).  The court may authorize the commencement of an action "without prepayment of fees and costs or security therefor, by a person who makes affidavit that he is unable to pay such costs or give security therefor."  28 U.S.C. § 1915(a).

/////

Dockets.Justia.com

Prior cases have used the poverty level set by the United States Department of Health and Human Services as an additional measure in determining whether plaintiff's poverty entitles him to proceed in forma pauperis.  See Martinez v. Kristi Kleaners, Inc., 364 F.3d 1305 (11th Cir.2004).  According to the U.S. Department of Health and Human Services, the poverty level for 2008 for a single person with no dependants is $10,400.00 or $866.67 a month.  Annual Update of the HHS Poverty Guidelines, 73 Fed.Reg. 3971-01 (U.S. Dep't of Health and Human Services 2008).  Based on the affidavit, plaintiff's monthly net income is approximately $1,908.00 or $22,896.00 a year.  Plaintiff's income is well above the poverty line established by the U.S. Dep't of Health and Human Services.  Plaintiff will therefore be granted thirty days in which to submit the appropriate filing fee to the Clerk of the Court.  Plaintiff is cautioned that failure to pay the fee will result in a recommendation that the application to proceed in forma pauperis be denied and the instant action be dismissed without prejudice.

Accordingly, IT IS HEREBY ORDERED that, within thirty days from the date of this order, plaintiff shall submit the appropriate filing fee.

DATED:  February 22, 2008.

UNITED STATES MAGISTRATE JUDGE

/001;flood.ifp

2