```
 1  David R. Flood
    915 L. St. 292
 2  Sacramento, CA. 95814
 3  Telephone (916) 607-6197
```



**FILED**

MAR 10 2008



CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                    DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID RODERICK FLOOD, an individual, on behalf of himself, the state of California and all others similarly situated therein

Plaintiff

vs.

NATIONAL FOOTBALL LEAGUE
NFL OWNERS
OAKLAND RAIDERS
NFL PROPERTIES
NFL FILMS
REEBOK INC.

Defendants

Case No. 208CV0091 GEB JFM (PS)

Judge: _____

Dept. _____

AMENDMENT OF PLEADINGS
BY CONSENT FEDERAL
RULE 15 (A)

MOTION FOR CONCURRENT
FEDERAL LIEN ORDER

It is hereby stipulated by and between the parties:

1. The title of the cause in the complaint, on the records and elsewhere be amended as to the designation of the plaintiff so as to read as follows:

2. The complaint of DAVID RODERICK FLOOD may be considered to have been amended as of the date of filing by the addition of the following:

1

PAGE 3 LINE 22: The probability of a future economic benefit was disseminated with fraudulent intent to professional football fans/consumers of the state of California and the 50 other states in North America that lost professional football franchises as a result of illegal franchise relocations to other geographic locations in the United States.

PAGE 5 LINE 20: When the Oakland Raiders decided to relocate to Southern California in 1982.

PAGE 61 PRAYER FOR RELIEF NUMBER 1 CONTINUING: Following defendant NFL team owners' illegal team movements beginning in 1971 to the irreparable harm of the plaintiff/plaintiff class—people of the state of California—the plaintiff representing himself and the "class" hereby motions the court to grant the plaintiff three concurrent federal lien orders on the National Football League to stop the distribution of player salaries to affect 1.) FREE AGENTS; 2.) ROOKIE COLLEGE DRAFT PICKS; and 3.) VETERANS who collectively ARE THE PROPERTY OF THE FRANCHISE TEAMS UNDER CONTRACT. This concurrent federal lien order would go into effect only to franchise teams that moved illegally in defiance of the precepts spoken to members of Congress in 1966 by the National Football League commissioner then, Pete Rozelle, and apply to the following NFL teams: The St. Louis Rams—formerly the Los Angeles Rams; Oakland Raiders—formerly the Los Angeles Raiders; Indianapolis Colts—formerly the Baltimore Colts; Tennessee Titans—formerly the Houston Oilers; Phoenix Cardinals—formerly the St. Louis Cardinals; New York Giants; and the New York Jets. Under Article XIV of the National Football League Player Associations collective bargaining agreement (PLAYER CONTRACTS), the NFL commissioner has the right to approve or disapprove player contracts. In the case of this civil action, the plaintiff/plaintiff class believe that it exigent that the court apply the most effective statutes to be administered upon the defendants in order to bring about swift/complete justice, closure, and the fair indemnification of the plaintiffs for which they (PRIOR TO THIS CIVIL SUIT AND MOTION FOR A CONCURRENT FEDERAL LIEN

ORDER), had no voice at all (See page 14 of civil brief line 28) in approving or disapproving franchise movements that were spoken under oath TO MEMBERS OF THE UNITED STATES CONGRESS BY THE NATIONAL FOOTBALL LEAGUE said would never happen. ...Plaintiff representative requests for the order of this motion to be granted by the court on behalf of the "plaintiff class" and himself. The Plaintiff motions for this order to go immediately into effect at 12:00 a.m. on APRIL 1, 2008 (Pacific Standard Time), or anytime thereafter before the 2008 National Football League Draft April 26-28 2008, and continue until the National Football League settles with the plaintiff/plaintiffs of the existing fraudulent advertising/deceptive (defacto secondary meaning trademark) claim the League condoned in disregarding quality control of their trademarks, goodwill, and honest dealings with their consumers and the non-sport public, concerning their business practices and ethics that were hidden through self concealed deeds from the American public.

PRAYER FOR RELIEF NUMBER II:

Restitution for the "plaintiff class"/state of California for pain and suffering, mental anguish, and irreparable harm in the form of compensatory damages, and treble damages for $4.5 billion U.S. dollars for all counts herein alleged and proven by the court against the defendants. Restitution to the plaintiff/representative for pain and suffering, mental anguish, fraudulent advertising, and irreparable harm in the form of punitive damages, and disgorgement of profits in the form of $750 million U.S. dollars, cost of attorney fees, pre-judgement and post-judgement interest at the maximum legal rate, and such other relief as the court deems just and appropriate for all complaints and counts discovered in federal court for the Eastern District of California against the defendants in this civil suit.

3

PRAYER FOR RELIEF NUMBER IV. CONTINUED:

A MASTER SETTLEMENT AGREEMENT with the National Football League and Plaintiff representative—representing the "plaintiff class," people of the state of California—will be to agree upon, because of the continued absence of a National Football League franchise in the United States 2nd largest market for sports—Los Angeles, California the League has openly led the "plaintiff class" to believe that a new franchise team would be placed there—would be to SEPARATE THE ANNUAL NFL COMBINE designation—Indianapolis, Indiana—and create another combine on the West Coast comprised of NFC WEST AND AFC WESTERN CONFERENCE probable picks to be in place at a California State University location where the plaintiff representative resides. The annual Pro Bowl meanwhile, will be held in Southern California—the Coliseum—located in Los Angeles, California annually where the League has for years procrastinated on building a new stadium there for professional football. To bring about the healing process for the plaintiff/"plaintiff class," team players from franchises affected from the illegal franchise movements on the West Coast (the Oakland franchise), will conduct free public service commercials with the Nike Corporation, which the plaintiff representative is tentatively in the process of setting up. The League will also conduct a formal review of placing either an existing franchise in the geographic location where the plaintiff resides or a new franchise. All merchandise/marketing affiliations with Reebok Incorporated, named in this civil suit will cease.

Dated March 8, 2008          Respectfully submitted,

By /s/ David R. Flood
David R. Flood

4



§ 3101. | § 3102. | § 3103. | § 3104. | § 3105.

# TITLE 25

## Property

## Mortgages and Other Liens

### CHAPTER 31. REGISTRATION OF FEDERAL LIENS

#### § 3101. Federal tax liens and liens notices.

This chapter applies to federal tax liens, and also to other federal liens notices, of which under any Act of Congress or any regulations drafted pursuant thereto, are required or permitted to be filed in the same manner as notices of federal tax liens. (70 Del. Laws, c. 504, § 1.)

#### § 3102. Place of filing.

(a) Notices of liens, certificates and other notices affecting federal liens must be filed in accordance with this chapter.

(b) Notices of liens upon real property for obligations payable to the United States and certificates and notices affecting such liens shall be filed in the office of the recorder of deeds of the county or counties in which the real property subject to the liens is situated.

(c) Notices of federal liens upon personal property, whether tangible or intangible, for obligations payable to the United States and certificates and notices affecting the liens, shall be filed as follows: NFL PLAYERS TANGIBLE PROPERTY OF FRANCHISE OWNERS (NFL, TEAMS)

(1) If the person against whose interest the lien applies is a corporation, partnership or limited liability company whose principal executive office is in this State, as these entities are described in Titles 6 and 8, in the office of the Secretary of State;

(2) If the person against whose interest the lien applies is a trust or other entity that is not covered by paragraph (1) of this subsection, in the office of the Secretary of State;

(3) If the person against whose interest the lien applies is the estate of a decedent, in the office of the Secretary of State;

(4) In all other cases, including, but not limited to, an individual conducting business as a sole proprietorship, in the office of the Recorder of Deeds of the county or counties where the person against whose interest the lien applies resides at the time of filing of the notice of lien. (70 Del. Laws, c. 504, § 1; 71 Del. Laws, c. 123, §§ 1-3.)

#### § 3103. Execution of notices and certificates.

Certification of notices of liens, certificates or other notices affecting federal liens by the Secretary of the Treasury of the United States or the Secretary's delegate or by any official or entity of the United States responsible for filing or certifying of notice of any other lien entitles them to be filed, and no other attestation, certification or acknowledgment is necessary. (70 Del. Laws, c. 504, § 1; 70 Del. Laws, c. 186, § 1.)

### § 3104. Duties of filing officer.

(a) If a notice of federal lien, a refiling of a notice of federal lien or a notice of revocation of any certificate in subsection (b) of this section is presented to a filing officer who is:

(1) The Secretary of State, the Secretary of State shall cause the notice to be marked, held and indexed in accordance with the provisions of § 9-403(4) of Title 6 (Uniform Commercial Code) as if the notice were a financing statement within the meaning of that Code; or

(2) Any other officer described in § 3102 of this title, the officer shall endorse thereon the officer's identification and the date and time of receipt and forthwith file it alphabetically or enter it in an alphabetical index showing the name and address of the person named in the notice, the date and time of receipt, the title and address of the official or entity certifying the lien and the total amount appearing on the notice of lien.

(b) If a certificate of release, nonattachment, discharge or subordination of any lien is presented to the Secretary of State for filing the Secretary of State shall:

(1) Cause a certificate of release or nonattachment to be marked, held and indexed as if the certificate were a termination statement within the meaning of the Uniform Commercial Code, but the notice of lien to which the certificate relates may not be removed from the files; and

(2) Cause a certificate of discharge or subordination to be marked, held and indexed as if the certificate were a release of collateral within the meaning of the Uniform Commercial Code.

(c) If a refiled notice of federal lien referred to in subsection (a) of this section or any of the certificates or notices referred to in subsection (b) of this section is presented for filing to any other filing officer specified in § 3102 of this title, the officer shall permanently attach the refiled notice or the certificate to the original notice of lien and enter the refiled notice or the certificate with the date of filing in any alphabetical lien index on the line where the original notice of lien is entered.

(d) Upon the request of any person, the filing officer shall issue a certificate showing whether there is on file, on the date and hour stated therein, any notice of lien, or certificate, or notice affecting any lien under this chapter, naming a particular person, and if a notice or certificate is on file, giving the date and hour of filing of each notice or certificate. The fee for a certificate is $10. Upon request, the filing officer shall furnish a copy of any notice of federal lien, or notice or certificate affecting a federal lien, for a fee of $1 per page. (70 Del. Laws, c. 504, § 1; 70 Del. Laws, c. 186, § 1.)

### § 3105. Fees.

(a) The fee for filing and indexing each notice of lien, or certificate or notice affecting the lien, is:



(1) For a lien on real estate, $20;

(2) For a lien on tangible and intangible personal property, $10;

(3) For a certificate of discharge or subordination, $5;

(4) For all other notices, including a certificate of release or non-attachment, $3.



FEDERAL COURT
NFL PLAYERS
TANGIBLE PROPERTY

(b) The officer shall bill the district directors of internal revenue or other appropriate federal officials on a monthly basis for fees for documents filed by them. (70 Del. Laws, c. 504, § 1.)

NOTICE: The Delaware Code appearing on this site was prepared by the Division of Research of Legislative Council of the General Assembly with the assistance of the Government Information Center, under the supervision of the Delaware Code Revisors and the editorial staff of LexisNexis, includes all acts up to and including 76 Del. Laws, c. 191, effective February 6, 2008.

DISCLAIMER: Please Note: With respect to the Delaware Code documents available from this site or server, neither the State of Delaware nor any of its employees, makes any warranty, express or implied, including the warranties of merchantability and fitness for a particular purpose, or assumes any legal liability or responsibility for the accuracy, completeness, or usefulness of any information, apparatus, product, or process disclosed, or represents that its use would not infringe privately-owned rights. This information is provided for informational purposes only. Please seek legal counsel for help on interpretation of individual statutes.



**WESTERN UNION MONEY ORDER** CASE # 2:08CV0091

INTEGRATED PAYMENT SYSTEMS INC. - ISSUER
Greenwood Village, Colorado

45-973918835
82-40/1021

Store: 06069  Cashier: 60691276
Date: 03/10/2008  Time: 10:54:37
Agent: 734954  Serial number: 459739188351

$350.00

PAY EXACTLY ***** THREE HUNDRED FIFTY DOLLARS AND ZERO CENTS *****
PAY TO THE ORDER OF U.S. DISTRICT COURT  FILING FEE
915 L. ST. #2972 Sacramento, CA.

⑆1021004OO⑆ 4O4597391883510⑈

---

**WESTERN UNION MONEY ORDER**

INTEGRATED PAYMENT SYSTEMS INC. - ISSUER
Greenwood Village, Colorado

45-973918836
82-40/1021

Store: 06069  Cashier: 60691276
Date: 03/10/2008  Time: 10:54:47
Agent: 734954  Serial number: 459739188360

$10.00

PAY EXACTLY ***** TEN DOLLARS AND ZERO CENTS *****
PAY TO THE ORDER OF U.S. DISTRICT COURT  FEDERAL LIEN FEE
915 L. ST. #2972 Sacramento, CA.

⑆1021004OO⑆ 4O4597391883600⑈