IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID RODERICK FLOOD,

        Plaintiff,                   No. CIV S-08-0091 GEB JFM PS

    vs.

NATIONAL FOOTBALL LEAGUE, et al.,

        Defendants.          ORDER

_____/

        Plaintiff is proceeding pro se. On April 1, 2008, plaintiff's complaint was dismissed and he was granted thirty days in which to file an amended complaint. On May 1, 2008, plaintiff filed a motion to amend the complaint. Because plaintiff's original complaint was dismissed with leave to file an amended complaint, plaintiff was not required to file a motion to amend the complaint. In addition, plaintiff did not provide a proposed amended complaint with his motion. However, because the court will grant plaintiff an extension of time to file his amended complaint, his motion will be granted.

        The Federal Rules of Civil Procedure provide that a party may amend his or her pleading "once as a matter of course at any time before a responsive pleading is served." Fed. R. Civ. P. 15(a). However, an amended or supplemental complaint supersedes the original

complaint. See Loux v. Rhay, 375 F.2d 55, 57 (9th Cir. 1967). Once an amended pleading is filed, the original pleading no longer serves any function in the case. Id.; see also E.D. Local Rule 15-220. Although the allegations of this pro se complaint are held to "less stringent standards than formal pleadings drafted by lawyers," Haines v. Kerner, 404 U.S. 519, 520 (1972) (per curiam), plaintiff will be required to comply with the Federal Rules of Civil Procedure and the Local Rules of the Eastern District of California.

Plaintiff has filed two previous "amended complaints" which were his attempts to interlineate changes to the original complaint. Plaintiff now seeks to add additional defendants. Plaintiff is advised that he will be provided one final opportunity in which to file an amended complaint that is complete in and of itself, without reference to the original complaint or any subsequent filings, which contains all of his allegations and names all the defendants. At that time, summons will issue and plaintiff will be required to timely serve process on the defendants named in the amended complaint. Plaintiff is cautioned that service of process must take place within 120 days from the date the amended complaint is filed. Fed. R. Civ. P. 4(m).

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's May 1, 2008 motion to amend is granted.

2. Plaintiff is granted an additional thirty days from the date of service of this order in which to file an amended complaint that complies with this court's April 1, 2008 order. No further extension of time will be granted.

DATED: May 23, 2008.

UNITED STATES MAGISTRATE JUDGE

/001; flood.eot