IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
DAVID RODERICK FLOOD, on behalf of )
himself and West Coast Sports &    )    2:08-cv-91-GEB-JFM PS
Entertainment,                     )
                                   )
          Plaintiff,               )
                                   )
     v.                            )    ORDER*
                                   )
NATIONAL FOOTBALL LEAGUE; NEW YORK )
GIANTS; NFL PROPERTIES; NFL FILMS; )
and REEBOK, INC.,                  )
                                   )
          Defendants.              )
_____)
```

Plaintiff's motion for a temporary restraining order filed on August 11, 2008 is denied.

IT IS SO ORDERED.

Dated: August 15, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

---

* This matter was determined to be suitable for decision without oral argument. L.R. 78-230(h). Although the caption on Plaintiff's motion does not include Defendant New York Giants, that Defendant is included in the caption on Plaintiff's Amended Complaint filed June 27, 2008.

1

PDF created with pdfFactory trial version www.pdffactory.com