UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DAVID RODERICK FLOOD, on behalf of )
himself and West Coast Sports & ) 2:08-cv-0091-GEB-JFM PS
Entertainment, )
                                   )
            Plaintiff,             )
                                   )
       v.                          )
                                   )
NATIONAL FOOTBALL LEAGUE; NEW YORK )
GIANTS; NFL PROPERTIES; NFL FILMS; )
and REEBOK, INC.,                  )
                                   )
            Defendants.            )
                                   )
_____)

      Plaintiff's motion for a temporary restraining order filed August 26, 2008, is denied.

      IT IS SO ORDERED.

Dated: August 28, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com