IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID RODERICK FLOOD, on behalf of himself and West Coast Sports & Entertainment, | ) ) ) ) | |
| Plaintiff, | ) ) | 2:08-cv-00091-GEB-JFM |
| v. | ) ) | ORDER |
| NATIONAL FOOTBALL LEAGUE, NEW YORK GIANTS, NFL PROPERTIES, NFL FILMS, REEBOK, INC., | ) ) ) ) | |
| Defendants. | ) ) | |

The motions filed on July 17, 2009, August 7, 2009, August 21, 2009, and November 6, 2009 are denied.

Dated: March 26, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge

1